Form minord

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:* David O. Ekstedt
    *Debtor*

*Case No.:* 22–90514

*Chapter:* 13

---

## ORDER

*Notice is hereby provided:*

☐    A Hearing having been held on the following matters:

☑    The following having been filed:

    1. Debtor's Motion for Enlargement of Time. (Doc #14)

*IT IS ORDERED THAT:*

| *MATTER* | *ACTION* | |
|---|---|---|
| 1. | Allowed | Debtor to file Certificate of Credit Counseling completed within the 180 days before filing; Statement of Financial Affairs; Summary of Assets and Liabilities; Schedules A/B–J; Declaration About Debtor's Schedules; Attorney's Disclosure of Compensation; Ch 13 Statement of Current Monthly Income and Calculation of Commitment Period (Official Form 122C–1); and Chapter 13 Model Plan on or before 1/1/23. |

*Other:*

Dated: 12/22/22

                                                   /S/   Thomas L. Perkins
                                                  United States Bankruptcy Judge

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.