Form minord

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:* David O. Ekstedt
    *Debtor*

*Case No.:* 22–90514

*Chapter:* 13

---

## ORDER

*Notice is hereby provided:*

☐    A Hearing having been held on the following matters:

☑    The following having been filed:

    1. Debtor's Second Motion for Five Day Enlargement of Time. (Doc #18)

*IT IS ORDERED THAT:*

| MATTER | ACTION | |
|---|---|---|
| 1. | Allowed | Debtor to file Certificate of Credit Counseling completed within the 180 days before filing; Statement of Financial Affairs; Summary of Assets and Liabilities; Schedules A/B/J; Declaration About Debtor's Schedules; Attorney's Disclosure of Compensation; Ch 13 Statement of Current Monthly Income and Calculation of Commitment Period (Official Form 122C1); and Chapter 13 Model Plan on or before 1/9/23. |

*Other:*

Dated: 1/3/23

                                                   /S/   Thomas L. Perkins
                                                  United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.