**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
Urbana

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 22-90514** |
| **DAVID O. EKSTEDT** ) | |
| *dba* **AUTO BATH SYSTEMS** ) | |
| *dba* **CU PACK N SHIP** ) | **Chapter 13** |
| **Debtor.** | |

## WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**COMES NOW,** Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services, and its subsidiaries, predecessors in interest, successors or assigns ("Movant") by and through its attorneys, Melinda J. Maune, Amy Tucker Ryan, and the law firm of Armstrong Teasdale LLP and hereby withdraws its Motion for Relief from the Automatic Stay (Doc. 55) without prejudice, as filed herein with this Court on March 3, 2023.

Respectfully submitted,

ARMSTRONG TEASDALE LLP

*/s/ Melinda J. Maune*
Melinda J. Maune, #49797MO, mmaune@atllp.com
Amy Tucker Ryan, #49047MO, atryan@atllp.com
7700 Forsyth Blvd, Ste. 1800
St. Louis, Missouri 63105
Phone: (314) 621-5070
Fax: (314) 621-5065
ATTORNEYS FOR CREDITOR

# CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document was filed electronically on the 10th day of March, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

Jason S Bartell
Bartell Powell LLP
3015A Village Office Place
Champaign, IL 61822
Email: jbartell@bartellpowell.com
**BY ELECTRONIC SUBMISSION**

Marsha L Combs-Skinner
Chapter 13 Standing Bankruptcy Trustee
108 S. Broadway
PO Box 349
Newman, IL 61942
Email: marsha@ch13cdil.com
**BY ELECTRONIC SUBMISSION**

Kevin Hays
Office of Chapter 13 Standing Trustee
108 S. Broadway
PO Box 349
Newman, IL 61942
Email: kevin@CH13CDIL.com
**BY ELECTRONIC TRANSMISSION**

U.S. Trustee
Office Of Nancy J. Gargula U.S. Trustee
401 Main St #1100
Peoria, IL 61602
Email: USTPRegion10.PE.ECF@usdoj.gov
**BY ELECTRONIC TRANSMISSION**

And deposited in the United States mail, postage pre-paid, addressed to the following parties:

David O. Ekstedt
2202 Briar Hill Drive
Champaign, IL 61822
**BY REGULAR MAIL**

                                                           */s/ Melinda J. Maune*
                                                           Melinda J. Maune, Attorney for Creditor